No. 586.   OLIN INDUSTRIES, INC., WINCHESTER RE-
PEATING ARMS COMPANY DIVISION, v. NATIONAL LABOR
RELATIONS BOARD.   C. A. 5th Cir.   Certiorari denied.
*Benjamin E. Gordon, Maurice Epstein* and *Allan Seser-
man* for petitioner.   *Solicitor General Perlman, George
J. Bott, David P. Findling, Mozart G. Ratner* and *Fred-
erick U. Reel* for respondent.

No. 589.   SEITZ ET AL. v. CHOCTAW AND CHICKASAW
NATIONS ET AL.   C. A. 10th Cir.   Certiorari denied.
*Louis A. Fischl* for petitioners.   *Solicitor General Perl-
man* filed a memorandum for the United States, respond-
ent.

No. 594.   LEWIS ET AL. v. RAILROAD RETIREMENT
BOARD.   Supreme Court of Alabama.   Certiorari denied.
*Erle Pettus, Jr.* for petitioners.   *Solicitor General Perl-
man, Assistant Attorney General Baldridge* and *Samuel
D. Slade* for respondent.

No. 595.   WOOLLEY v. MICHIGAN.   Supreme Court of
Michigan.   Certiorari denied.   *Roger H. Nielsen* and
*Alfonso A. Magnotta* for petitioner.   *Frank G. Millard,*
Attorney General of Michigan, *Edmund E. Shepherd,*
Solicitor General, and *Daniel J. O'Hara* for respondent.

No. 599.   SANGER v. PLOMB TOOL Co.   C. A. 9th Cir.
Certiorari denied.   *Robert W. Kenny* for petitioner.
*Homer I. Mitchell* for respondent.   *Solicitor General
Perlman* filed a memorandum for the United States, as
*amicus curiae,* supporting the petition.